IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MCCONNELL and MICHAEL BENNETT, Individually and For Others Similarly Situation,<br><br>        Plaintiff,<br><br>    v.<br><br>EN ENGINEERING, LLC,<br><br>        Defendant. | Case No. 2:20-CV-00153-MJH |

## JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiffs Scott McConnell and Michael Bennett, individually and on behalf of the Opt-In Plaintiffs ("Plaintiffs") and Defendant EN Engineering, LLC ("ENE," and together with Plaintiffs, the "Parties"), by and through their attorneys, respectfully submit this Joint Motion for Settlement Approval, which requests the Court enter an order approving the settlement the Parties have reaching in this action under 29 U.S.C. § 216(b). As discussed in this contemporaneously filed Brief, the Parties' Settlement Agreement is a reasonable compromise of their *bona fide* dispute and, therefore, should be approved.

Accordingly, the Parties respectfully request the Court enter the proposed Order Granting Approval, which is attached to the Parties' Brief as Exhibit 2.

**Dated: June 18, 2021**

| JOSEPHSON DUNLAP | SEYFARTH SHAW LLP |
|---|---|
| By: */s/ Taylor A. Jones* <br> *One of The Attorneys for Plaintiff and Opt-In Plaintiffs* <br><br> **Michael A. Josephson** <br> TX Bar No. 24014780 <br> **Andrew W. Dunlap** <br> TX Bar No. 24078444 <br> **Taylor A. Jones*** <br> TX Bar No. 24107823 <br> **Carl A. Fitz*** <br> TX Bar No. 24105863 <br> **Josephson Dunlap** <br> 11 Greenway Plaza, Suite 3050 <br> Houston, Texas 77046 <br> 713-352-1100 – Telephone <br> 713-352-3300 – Facsimile <br> mjosephson@mybackwages.com <br> adunlap@mybackwages.com <br> tjones@mybackwages.com <br> cfitz@mybackwages.com <br> **Admitted pro hac vice* | By: */s/Gerald L. Maatman, Jr.* <br> *One of The Attorneys for EN Engineering, LLC* <br><br> **Gerald L. Maatman, Jr.*** <br> **Matthew J. Gagnon*** <br> **Alex W. Karasik*** <br> **Seyfarth Shaw LLP** <br> 233 S. Wacker Drive, Suite 8000 <br> Chicago, IL 60606-6448 <br> Telephone: (312) 460-5000 <br> Facsimile: (312) 460-7000 <br> Email:gmaatman@seyfarth.com <br> Email:mgagnon@seyfarth.com <br> Email:akarasik@seyfarth.com <br><br> **Jacob Oslick*** (Pa. Bar. No. 311028) <br> **Seyfarth Shaw LLP** <br> 620 8th Avenue <br> New York, NY 10018 <br> Telephone: (212) 218-6480 <br> Email: joslick@seyfarth.com |

## CERTIFICATE OF SERVICE

I hereby certify that June 18, 2021, I filed the foregoing document on all parties and/or their counsel of record via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure.

*/s/ Taylor A. Jones.*
One of the Attorneys for Plaintiffs
& Opt-In Plaintiffs