IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MCCONNELL and MICHAEL BENNETT, Individually and For Others Similarly Situation,<br><br>    Plaintiff,<br><br> v.<br><br>EN ENGINEERING, LLC,<br><br>    Defendant. | Case No. 2:20-CV-00153-MJH |

**ORDER GRANTING APPROVAL OF
COLLECTIVE ACTION SETTLEMENT**

WHEREAS:

1. The Parties have filed with this Court a Joint Motion for Approval of a Collective Action Settlement ("Joint Motion for Approval") and their proposed Settlement Agreement and Release of Claims (referred to as the " Agreement"), which would settle all claims in this litigation, some of which include claims under the Fair Labor Standards Act.

2. This Court has duly considered all of the submissions presented with respect to the Joint Motion for Approval and the Agreement.

NOW THEREFORE, after due deliberation, this Court hereby ORDERS that: (a) the Court finds that the Agreement is a fair, reasonable, and adequate compromise of a *bona fide* dispute, and is in the best interests of Plaintiffs (including the Opt-In Plaintiffs) and furthers implementation of the Fair Labor Standards Act in the workplace and should be approved; (b) dismisses this litigation on the merits as against the Defendant with prejudice and without costs or fees to any party, except to the extent otherwise expressly provided in the Settlement Agreement;

2

and (c) without affecting the finality of this Approval Order, that the Court retains exclusive jurisdiction over the performance and enforcement of the Agreement and this Approval Order.

SIGNED this the ___20th___ day of _____June_____, 2021.

_____
HONORABLE MARILYN J. HORAN
U.S. DISTRICT COURT JUDGE

68792988v.1